IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

RHETT MAUGHON, et al.,

  Defendants.

CRIMINAL FILE NO.

1:11-CR-28-TWT

ORDER

This is a criminal action.   It is before the Court on the Report and Recommendation [Doc.  65] of the Magistrate Judge recommending denying the Defendants' Motions to Sever  [Doc.  43 & 47].   The Court approves and adopts the Report and Recommendation as the judgment of the Court.  The Defendants' Motions to Sever  [Doc.  43 & 47] are DENIED.

SO ORDERED, this 27 day of June, 2011.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge