IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RHETT MAUGHON, et al.<br><br>Defendants. | CRIMINAL FILE NO.<br><br>1:11-CR-28-TWT |

ORDER

This is a criminal action in which the Defendants are charged in Counts 15 through 22 with harboring illegal aliens. It is before the Court on the Report and Recommendation [Doc. 73] of the Magistrate Judge recommending denying the Defendants' Motions to Dismiss [Doc. 46 & 50]. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, the Motions to Dismiss should be denied. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motions to Dismiss [Doc. 46 & 50] are DENIED.

SO ORDERED, this 8 day of August, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge